No. 01–5274. ZARATE-HERNANDEZ v. UNITED STATES; MIRANDA-VALDOVINOS v. UNITED STATES; TREJO-PALOMEQUE v. UNITED STATES; FIGUEROA-MARTINEZ v. UNITED STATES; TINOCO-RAMIREZ v. UNITED STATES; VALLEJO-CANIZALES v. UNITED STATES; and RODRIGUEZ-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 703 (seventh judgment) and 704 (first through sixth judgments).

No. 01–5275. ABUHILWA v. BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5276. GILREATH v. HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–5277. CHIA v. FIDELITY BROKERAGE SERVICES. C. A. 9th Cir. Certiorari denied.

No. 01–5278. JONES v. BRUTON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–5279. RIOS-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5280. URRUTIA ET AL. v. KYSOR INDUSTRIAL CORP. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 01–5281. GONZALEZ v. UNITED STATES; and MORENO-GALINDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 702 (second judgment) and 703 (first judgment).

No. 01–5282. GONZALEZ-PLETEZ v. UNITED STATES; MELENDEZ v. UNITED STATES; MAYNES-TORRES v. UNITED STATES; and SOTO-ANDINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 704 (third judgment) and 705 (first, second, and fourth judgments).

No. 01–5283. SCHMIDT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5284. PADILLA-REYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.